Ahren A. Tiller, Esq. [SBN: 250608]
ahren.tiller@blc-sd.com
Bankruptcy Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiffs
WADE M. KILBARGER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE M. KILBARGER<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC and DOES 1-10, inclusive<br><br>Defendant(s), | CASE NO: 3:18-cv-00612-H-AGS<br><br>NOTICE OF SETTLEMENT<br><br>JUDGE: Hon. Marilyn L. Huff<br><br>MAGISTRATE: Hon. Andrew G. Schopler |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff has settled his claims as to all Defendants. Plaintiff and Defendant Credence Resource Management, LLC intend to file a stipulation of dismissal with prejudice as to all Defendants.

Dated: July 6, 2018

by: /s/ Ahren A. Tiller
Ahren A. Tiller
Bankruptcy Law Center, APC
1230 Columbia St., #1100
San Diego, CA 92101
Attorney(s) for Plaintiff