Ahren A. Tiller, Esq. [SBN: 250608]
ahren.tiller@blc-sd.com
Bankruptcy Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiffs
WADE M. KILBARGER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE M. KILBARGER<br><br>Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC and DOES 1-10, inclusive<br><br>Defendant(s), | **CASE NO: 3:18-cv-00612-H-AGS**<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**<br><br>**JUDGE:** Hon. Marilyn L. Huff<br><br>**MAGISTRATE:** Hon. Andrew G. Schopler |

Plaintiff WADE M. KILBARGER ("Plaintiff"), by and through her undersigned Counsel, and Defendant CREDENCE RESOURCE MANAGEMENT, LLC ("Defendant"), (collectively referred to as the "Parties") respectfully submit this Joint Motion for Dismissal of all Causes of Action and Claims in these proceedings, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

WHEREAS, the Parties have entered into a confidential agreement to settle all claims against all Parties ("Agreement");

WHEREAS the Agreement requires Plaintiff to seek dismissal of all of her claims as to Defendant with prejudice;

THEREFORE, the Parties hereby jointly move to dismiss this action in its entirety with prejudice, with all Parties to bear their own fees and costs.

Dated: July 30, 2018                         By: /s/ Ahren A. Tiller
                                                 Ahren A. Tiller
                                                 Bankruptcy Law Center, APC
                                                 Attorneys for Plaintiff


Dated:  July 30, 2018


                                             By    /s/ Debbie P. Kirkpatrick
                                                 Debbie P. Kirkpatrick
                                                 Sessions Fishman Nathan and Israel
                                                 Attorneys for Defendant
                                                 Credence Resource Management, LLC.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Defendant's counsel to affix her electronic signature to this document.

DATED: July 30, 2018

By  BLC Law Center
/s/ Ahren A. Tiller
Ahren A. Tiller
BLC Law Center
Attorneys for Plaintiff
Wade M. Kilbarger

# CERTIFICATE OF SERVICE

I certify that on July 30, 2018 a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: July 30, 2018            BLC Law Center

                                         By      /s/ Ahren A. Tiller
                                                   Ahren A. Tiller
                                                   BLC Law Center
                                                   Attorneys for Plaintiff
                                                   Wade M. Kilbarger

BANKRUPTCY LAW CENTER, APC
1230 COLUMBIA ST.
SAN DIEGO, CA 92101