# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE M. KILBARGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC; DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-00612-H-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 11] |

On July 30, 2018, Plaintiff Wade M. Kilbarger and Defendant Credence Resource Management, LLC (collectively, "the parties"), filed a joint motion to dismiss this action in its entirety with prejudice, with each party to bear its own fees and costs. (Doc. No. 11.) For good cause shown, the Court **GRANTS** the joint motion. Accordingly, the Court **DISMISSES** this entire action with prejudice, with each party to bear its own fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 1, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT